## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**RENNIE MICHAEL CASSIMY,**

      **Petitioner,**

      **v.**                           **Civil Action No. 16-cv-10800-IT**

**JOSEPH D. MCDONALD, JR.,**

      **Respondent.**

### ORDER

May 25, 2016

**TALWANI, D.J.**

For the reasons set forth below, the Court dismisses this action without prejudice.

On April 29, 2016, immigration detainee Rennie Michael Cassimy filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he sought to be released pending the government's effort to execute an order that he be removed to Trinidad and Tobago.

Because Cassimy had neither paid the $5.00 fee for filing a habeas nor sought leave to proceed *in forma pauperis*, on May 2, 2016, the Court issued an order directing him to do so. The Court informed the petitioner that failure to respond to the order within twenty-one days could result in dismissal of the action.

Cassimy has not filed anything since the submission of his petition; his copy of the filing fee order was returned to the Clerk on May 9, 2016 as undeliverable.  Further, the Online Detainee Locator Service of United States Immigration and Customs Enforcement ("ICE"), found at https://locator.ice.gov (last visited May 25, 2016), indicates that Cassimy is not in ICE custody.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the

filing fee.

**SO ORDERED.**

   /s/ Indira Talwani

Indira Talwani
United States District Judge